UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DESMOND WITHERSPOON,<br><br>                           Plaintiff,<br>      v.<br><br>SONAR PRODUCTIONS,<br><br>                         Defendant. | Civil Action No. 14-6298 (SRC)<br><br>OPINION |

**CHESLER**, District Judge

      This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915.  The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed.  The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient.  28 U.S.C. § 1915(e)(2).  Here, without providing any information, Plaintiff claims he is entitled to "un-paid wages" from Sonar Productions.  Plaintiff submitted the same claim against the same Defendant in Civil Action No. 14-5646.  The Court dismissed that claim because Plaintiff failed to state a basis for federal subject matter jurisdiction.  This Complaint suffers from the same deficiency.  Plaintiff also appealed the disposition in that case.  This Complaint is therefore duplicative, and it fails to state a facially plausible claim for relief.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.  An appropriate Order will be filed.

                                                       s/Stanley R. Chesler
                                              STANLEY R. CHESLER
                                              United States District Judge

Dated: October 20, 2014